UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 31, 2021

-----------------------------------------------------------x

Nationwide Judgment Recovery, Inc.,

                              **Plaintiff,**

        -against-

Yuji Choi,

                              **Defendant.**

1:20-mc-636 (ALC)

**ORDER**

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' submissions in connection with Defendant's motion to set aside judgment. ECF Nos. 5-7. The motion included a hearing date for August 31, 2021 at 10:00AM. The hearing is hereby **ADJOURNED** until **September 9, 2021 at 10:00AM Eastern Time**. All parties shall appear and should contact the Court by teleconference at 1-888-363-4749 (access code: 3768660).

SO ORDERED.

Dated:   August 31, 2021
         **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**