**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

**Nationwide Judgment Recovery, Inc**.,

                                        **Plaintiff,**

            -against-

**Yuji Choi,**

                                        **Defendant.**

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept. 8, 2021

**1:20-mc-636 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

        On August 31, 2021, this Court set a hearing regarding Defendant Yuji Choi's Motion to Set

Aside Judgment for September 9, 2021 at 10:00AM Eastern Time. The hearing date is hereby

**ADJOURNED** until **Monday, September 13, 2021** at **12:00pm Eastern Time**. All parties shall

appear and should contact the Court by teleconference at **1-888-363-4749** (access code: **3768660**).

**SO ORDERED.**

**Dated:**    Sept. 8, 2021

        **New York, New York**

_____

        **ANDREW L. CARTER, JR.**
        **United States District Judge**