**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

**Nationwide Judgment Recovery, Inc.,**

                       **Plaintiff,**

    -against-

**Yuji Choi,**

                       **Defendant.**

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/14/2021

**20-mc-636 (ALC)**

**TRANSFER ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    For the reasons stated on the record at the September 13, 2021 telephone conference, this matter is hereby transferred to the rendering court, the Western District of North Carolina, Charlotte Division. To the extent Plaintiff seeks to enforce the judgment in the registering district, the Southern District of New York, those efforts are stayed pending the outcome of Defendant Yuji Choi's Fed. R. Civ. P. 60(b) Motion to Set Aside Judgment before the rendering court. <u>Fifth Third Bank v. Robert B. Mytelka</u>, No. 05-mc-52 (DLI), 2008 WL 3852170, at *3 (S.D.N.Y. Aug. 16, 2008). The Clerk of Court is respectfully directed to transfer this action to the United States District Court for the Western District of North Carolina, Charlotte Division.

**SO ORDERED.**

**Dated:** Sept. 14, 2021
**New York, New York**

*/s/ Andrew L. Carter, Jr.*
_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**